IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

    Plaintiff,        No. 2:12-cv-3008 WBS KJN P

    vs.

J. MARTINEZ, et al.,

    Defendants.      ORDER

_____/

On April 24, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 16, 2013, revoking plaintiff's in forma pauperis status, and requiring plaintiff to pay, within twenty-one days, the appropriate filing fee. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Thus, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 11), the order of the magistrate judge filed April 16, 2013, is affirmed. Plaintiff shall submit the appropriate filing fee within fourteen days from the date of this order.

DATED: May 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE