IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

        Plaintiff,                   No. 2:12-cv-3008 WBS KJN P

    vs.

J. MARTINEZ, et al.,

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

                              /

        By an order filed April 16, 2013, plaintiff's in forma pauperis status was revoked, and plaintiff was directed to submit, within twenty-one days, the appropriate filing fee. Plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed. Plaintiff sought reconsideration, and on May 9, 2013, the April 16, 2013 order was affirmed by the district court, and plaintiff was granted an additional fourteen days in which to pay the filing fee. Fourteen days have now passed, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: June 5, 2013

                                                        KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE

10  beny3008.fpf